[No. 17822-6-III.   Division Three.   February 15, 2000.]

NANCY HOGAN, *Respondent*, v. SACRED HEART MEDICAL CENTER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-06162-6, Robert D. Austin, J., entered August 12, 1998. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ. Now published at 101 Wn. App. 43.

[No. 18095-6-III.   Division Three.   February 15, 2000.]

*In the Matter of the Marriage of* SHAREN E. SEXTON, *Respondent*, and DARRELL R. SEXTON, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 97-3-00421-5, John E. Bridges, J., entered December 7, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 18096-4-III.   Division Three.   February 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. PARRISH P. COX, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 98-1-00084-0, John M. Lyden, J., entered December 9, 1998. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ.

[No. 18102-2-III.   Division Three.   February 15, 2000.]

RICHARD A. WORTHINGTON, ET AL., *Appellants*, v. LOW COST DRUGS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 95-2-00710-5, Donald W. Schacht, J., entered December 7, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.